UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JARED H. LEBLANC ET AL.** | **CASE NO. 2:20-CV-00049** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CROWLEY MARINE SERVICE INC ET AL.** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

Before the court is a Report and Recommendation [doc. 39] of the Magistrate Judge, recommending that plaintiffs' Motion to Remand [doc. 9] be granted and that their motion for attorney fees [*id.*] be denied. No party has filed an objection to the report and recommendation, and their time for doing so has passed. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 39] be **ADOPTED**, that the Motion to Remand [doc. 9] be **GRANTED**, and that the Motion for Attorney Fees [doc. 9] be **DENIED**. This matter is hereby remanded to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers, on this 14th day of January, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**